

**Transferred case has been opened**
ohndecf  to: InterdistrictTransfer_WAWD                    09/04/2018 07:50 AM

From:       ohndecf@ohnd.uscourts.gov
To:         InterdistrictTransfer_WAWD@wawd.uscourts.gov

CASE: 3:18-cv-05560

DETAILS: Case transferred from Washington Western
has been opened in Northern District of Ohio
as case 1:18-op-46021, filed 09/04/2018.